# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-08-626 |
| | § | |
| | § | |
| INANG ETUK JAMESSON | § | |

## O R D E R

The defendant filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 39). The motion for continuance is GRANTED. The sentencing hearing is reset to **December 11, 2009, at 10:00 a.m.**

SIGNED on October 14, 2009, at Houston, Texas.

Lee H. Rosenthal
United States District Judge